Opinion by JOHNSON, J. An examination of the record disclosing that the protest was not filed within the 60-day period after liquidation, as required by section 514, Tariff Act of 1930, the motion to dismiss was granted.

**No. 56409.**—International Expediters, Inc. *v.* United States, protest 173230–K (New York).

Opinion by JOHNSON, J. An examination of the record disclosing that the protest was not filed within the 60-day period after liquidation, as required by section 514, Tariff Act of 1930, the motion to dismiss was granted.

BEFORE THE FIRST DIVISION, FEBRUARY 25, 1952

**No. 56410.**—Belgard & Frank, Inc., et al. *v.* United States, protests 75005–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 56411.**—Dover Jewelry Co., Inc. *v.* United States, protest 177861–K (A) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 56412.**—Heller Hope Co. and Henry Schwab Lapidary, Inc. *v.* United States, protests 177876–K and 174136–K (B) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.